UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-71357-jwc |
| **Flourish Home Investors, LLC,** | ) | |
| | ) | **Chapter 7** |
| Debtor(s). | ) | |
| | ) | Judge Jeffery W. Cavender |
| | ) | |
| **Lafayette Lending, LLC,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | **Contested Matter** |
| | ) | |
| **Flourish Home Investors, LLC,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT a Motion for Relief from the Automatic Stay has been filed in the above-styled case. In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. §362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below. *The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the court orders otherwise*.

HEARING will be held **at 10:00 A.M. on December 17, 2020, in Courtroom 1203, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.**

**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone. http://www.ganb.uscourts.gov/news/public-notice-regarding-court-operations-during-covid-19-outbreak.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then

you and/or your attorney must attend the hearing.  You may also file a written response, you must attach a certificate stating when, how and to whom (including addresses) you served the response.  Mail/deliver your response so it is received by the Clerk at least two (2) business days before the hearing.  The address of the Clerk's office**:  Clerk, Room 1340, U.S. Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303.**

You must also mail a copy to the undersigned at the address below.  In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. §362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below.  *The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the Court orders otherwise.*

/s/ Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
The Chad R. Simon Law Firm, LLC
Post Office Box 80727
Atlanta, GA 30366
Chad@Chadsimonlaw.com
(770) 856-9046

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-71357-jwc |
| **Flourish Home Investors, LLC,** ) | |
| ) | Chapter 7 |
| Debtor(s). ) | |
| ) | Judge Jeffery W. Cavender |
| ) | |
| **Lafayette Lending, LLC,** ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Contested Matter |
| ) | |
| **Flourish Home Investors, LLC,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**SECURED CREDITOR,** Lafayette Lending, LLC (herein after referred to as "MOVANT or SECURED CREDITOR"), by and through his undersigned attorney, hereby Moves for Relief from the Automatic Stay pursuant to 11 USC §362(d), and in support states as follows:

1. On or about November 3, 2020, the above Debtors filed a Voluntary Petition for Relief pursuant to Chapter 7 of the United States Bankruptcy Code.

2. Jurisdiction in this cause is granted to the Bankruptcy Court pursuant to 28 USC §1334 and 11 USC §362, and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Court generally.

3. On or about April 11, 2019, the Debtor, Flourish Home Investors, LLC, executed and delivered a Mortgage securing payment of the Note to Lafayette Lending, LLC, the Secured Creditor in this action. The property described in the Mortgage was and is owned by, and in possession of, the Mortgagors. The Mortgage was recorded with the Fulton County Official Records on or about May 7, 2019, in Deed Book 59972, at Page 1, and as Instrument Number 2019-0190182. Please find attached hereto and

incorporated herein as "Exhibit A" a copy of the Note and Mortgage.

4. The mortgage secures the following real property located in Fulton County, Georgia, to wit:

> (PROPERTY ADDRESS: 549 ANGIER AVE, NE, ATLANTA, GEORGIA 30308)
>
> ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 47 OF THE 14TH DISTRICT OF FULTON COUNTY, GEORGIA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS;
>
> BEGINNING AT A POINT ON THE SOUTH SIDE OF ANGIER AVENUE, 775 FEET EAST FROM THE SOUTHEAST CORNER OF ANGIER AVENUE AND BOULEVARD, AND RUNNING THENCE EAST, ALONG THE SOUTH SIDE OF ANGIER AVENUE, 23.35 FEET TO ARNOLD STREET, RUNNING THENCE SOUTH, ALONG THE WEST SIDE OF ARNOLD STREET, 30.6 FEET; RUNNING THENCE EAST ALONG AN OFF SET OF ARNOLD STREET .85 FEET; THENCE CONTINUING SOUTH, ALONG THE WEST SIDE OF ARNOLD STREET, 9.9 FEET; RUNNING THENCE EAST, ALONG AN OFF SET OF ARNOLD STREET, .75 FEET; THENCE CONTINUING SOUTH, ALONG THE WEST SIDE OF ARNOLD STREET, 46.3 FEET; RUNNING THENCE WEST, ALONG AN OFF SET OF ARNOLD STREET, 1.2 FEET; RUNNING THENCE SOUTH, ALONG THE WEST SIDE OF ARNOLD STREET, 28.2 FEET; RUNNING THENCE WEST 24.2 FEET; RUNNING THENCE NORTH 115 FEET TO ANGIER AVENUE AT THE POINT OF BEGINNING; BEING IMPROVED PROPERTY KNOWN AS NO. 549 ANGIER AVENUE, N.E. ATLANTA, GEORGIA.
>
> TAX ID#: 14-0047-0009-035-3

5. The MOVANT respectfully requests that the Court grant it relief from the Automatic Stay in this cause pursuant to §362(d)(1) of the Bankruptcy Code, for cause, namely the lack of adequate protection to Movant for its interest in the above stated collateral. The value of the collateral is insufficient in and of itself to provide adequate protection which the Bankruptcy Code requires to be provided to the MOVANT taking into account the value of the property.

6. In support of this Motion for Relief from Automatic Stay, under §362(d) of the Bankruptcy Code, MOVANT would show that it would be inequitable to permit the debtor to retain the collateral, that there is no equity in the collateral and that said collateral is not necessary for an effective reorganization of the Debtor(s).

7. MOVANT submits that lack of adequate protection in this cause is the appropriate ground for relief which Movant seeks under §362(d), and that the possible existence of equity over and above the indebtedness, which MOVANT denies exists, would not, even if it did exist, constitute adequate protection as contemplated by the Bankruptcy Code.  Additionally, Movant would show that its indebtedness continues to accrue interest while the Debtor(s) enjoys the benefit of the collateral without following the requirements of the Bankruptcy Code.

8. The Debtor is not paying, nor can Debtor afford to pay based on the filed schedules I and J.

9. If MOVANT is not permitted to enforce its security interest in the collateral or provided with adequate protection, it will suffer irreparable injury, loss and damage.

10. Additionally, the subject loan matured on or about November 1, 2020.

11. The unpaid principal balance due is in the amount of $600,000.00.

12. The total amount owed under the Note as of November 17, 2020 is approximately $314,015.53.

13. The subject loan is contractually due for the date of August 1, 2020.

14. The value pursuant to the Fulton County Property Appraiser's office is $181,300.00, which is historically low, making MOVANT a secured creditor that is not adequately protected pursuant to the Bankruptcy Code. Please see a copy of the Fulton County Property Appraiser's report attached hereto and incorporated herein as "Exhibit B."

15. The most recently filed Affidavit in support of this Motion is attached hereto and incorporated herein as "Exhibit C."

**WHEREFORE**, Movant prays the Court as follows:

1. Modify the Automatic Stay of 11 U.S.C. § 362(a) to permit Movant to enforce its security interest in the Property including but not limited to any non-bankruptcy remedies to foreclose and obtain possession;

2. Modify Rule 4001(a)(3) of the Bankruptcy Code so that it is not applicable in this case and so Movant may immediately enforce and implement this order granting relief from the automatic stay;

3. As an alternative to the relief prayed for above, grant adequate protection to Movant for its interest in the Collateral;

4. Movant specifically requests permission to communicate with the Debtors and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and

5. Grant Movant such other and further relief as the Court deems just and proper.

/s/Chad R. Simon
Chad R. Simon,
Georgia Bar No. 646919
The Chad R. Simon Law Firm, LLC
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via Regular U.S. Mail and/or Electronic Mail to the parties listed on the attached service list, this 2nd day of December, 2020.

## SERVICE LIST

Debtor
Flourish Home Investors, LLC
2251 Verna Drive
Decatur, GA 30034

Flourish Home Investors, LLC
c/o Leonard R. Medley, III
Medley & Associates, LLC
Bldg. 2, Suite 1450
2727 Paces Ferry Road, SE
Atlanta, GA 30339

Trustee
Cathy L. Scarver
P. O. Box 672587
Marietta, GA 30006

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

/s/_Chad R. Simon_
Chad R. Simon
Georgia Bar No. 646919
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046