**IT IS ORDERED as set forth below:**

**Date: December 17, 2020**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FLOURISH HOME INVESTORS, LLC | ) | Case No. 20-71357-jwc |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DLP LENDING FUND, LLC | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | **CONTESTED MATTER** |
| | ) | |
| FLOURISH HOME INVESTORS, LLC, | ) | |
| and | ) | |
| CATHY L. SCARVER, CHAPTER 7 | ) | |
| TRUSTEE | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER ON MOTION FOR RELIEF FROM STAY

1

This matter comes before the Court on the Motion for Relief from the Automatic Stay [Doc. 11]. The Motion was scheduled for a hearing on December 17, 2020. No opposition was announced at the call of the calendar. Movant seeks relief from the automatic stay to foreclose on those certain properties located at 4369, 4371, 4373, 4375, and 4377 E. Barcelona Way, Augusta, Richmond County, Georgia 30501 (collectively, the "Properties"). Debtor has defaulted under the terms of the Notes[1] and Mortgages securing the Properties. Therefore, it is hereby

**ORDERED** that the Motion is granted;

**FURTHER ORDERED** that Movant may exercise all rights which it may have under applicable nonbankruptcy law and the Loan Documents, including its right to appraise, inspect and otherwise access the Properties, proceed with a foreclosure action against the Properties, including, but not limited to, a judicial foreclosure proceeding, and serve the Debtor with same, secure and repossess the Properties, collect any Rents of the Properties, conduct a foreclosure sale, or to take any and all other activity allowed by state law or the Loan Documents in connection with repossession, sale or foreclosure of the Properties, including, but not limited to,

---

[1] All capitalized terms herein shall have the same meaning as in the Motion unless otherwise stated.

advertising for foreclosure of the Properties or sending any notices in connection therewith;

**FURTHER ORDERED** the fourteen (14) day stay of Rule 4001(a)(3) is hereby waived.

**END OF DOCUMENT**

**<u>Presented by:</u>**

*/s/ Beth E. Rogers*
Beth E. Rogers
Georgia Bar No. 612092
James F. F. Carroll
Georgia  Bar No. 940350
100 Peachtree Street, Suite 1950
Atlanta, GA   30303
(770)685-6320
brogers@berlawoffice.com
*Attorney for Movant*

Distribution List:

Beth E. Rogers
The Equitable Building
100 Peachtree Street, Suite 1950
Atlanta, GA  30303

Cathy L. Scarver, Esquire
Bankruptcy Trustee
P.O. Box 672587
Marietta, GA 30006

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Leonard R. Medley III
Medley & Associates, LLC
Bldg. 2, Suite 1450
2727 Paces Ferry Road, SE
Atlanta, GA 30339
Attorney for Debtor

Flourish Home Investors, LLC
c/o Dorsey Hammond
2251 Verna Drive
Decatur, GA 30034