**IT IS ORDERED as set forth below:**

**Date: December 21, 2020**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-71357-jwc |
| Flourish Home Investors, LLC, | ) | |
| | ) | Chapter 7 |
| Debtor(s). | ) | |
| | ) | Judge Jeffery W. Cavender |
| | ) | |
| Lafayette Lending, LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Contested Matter |
| | ) | |
| Flourish Home Investors, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER GRANTING LAFAYETTE LENDING, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY

A motion for relief from automatic stay of 11 U.S.C. § 362 was filed December 1, 2020 by Creditor, Lafayette Lending, LLC ("Movant"), who contends it is the holder of a Security Deed encumbering Debtor's property known as 974 Belle Glade Drive, Stone Mountain, Georgia 30083 and as legally described in Movant's motion for relief ("Property") (Doc. No. 15) ("Motion"). The Motion was scheduled to come before this Court for hearing December 17, 2020, upon Notice of Assignment of Hearing, which Movant contends was properly served to each party in interest. At the call of the calendar no opposition to the Motion was voiced; accordingly, it is hereby

**ORDERED** that the automatic stay of 11 U.S.C. § 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to the Trustee any remaining sale proceeds if appropriate. It is Further

**ORDERED** that Movant may exercise all rights which it may have under applicable non-bankruptcy law including its right to appraise, inspect and otherwise access the Property, proceed with a foreclosure action against the Property, including, but not limited to, a judicial foreclosure proceeding, and serve the Debtor with same, secure and repossess the Property, collect any Rents of the Property, conduct a foreclosure sale, or to take any and all other activity allowed by state law in connection with repossession, sale or foreclosure of the Property, including, but not limited to advertising for foreclosure of the Property or sending any notices in connection therewith. Rule 4001(a)(3) is waived.

**[END OF DOCUMENT]**

Order prepared by:

/s/ Chad R. Simon

Chad R. Simon, Attorney for Movant
Georgia Bar No. 646919
Chad R. Simon Law
Post Office Box 80727
Atlanta, GA 30366

## DISTRIBUTION LIST

FLOURISH HOME INVESTORS LLC
2251 Verna Drive
Decatur, GA 30034

Medley & Associates, LLC
Bldg. 2, Suite 1450
2727 Paces Ferry Road, SE
Atlanta, GA 30339

Trustee
Cathy L. Scarver
P. O. Box 672587
Marietta, GA 30006

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303